IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAND VENTURES FOR 2, LLC,          ) | |
|                                                       ) | |
|           Plaintiff,                              ) | |
|                                                       ) | |
|     v.                                              ) | |
|                                                       )  CASE NO. 2:12-CV-240-WKW | |
| MICHAEL A. FRITZ, SR., *et al.*,     ) | |
|                                                       ) | |
|           Defendants.                         ) | |
|                                                       ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE that summary judgment is ENTERED in favor of Defendants Michael A. Fritz, Sr., and Fritz, Hughes & Hill, LLC, and against Plaintiff Land Ventures for 2, LLC.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of October, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE